

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-203-CV

THE CITY OF EULESS, TEXAS                                                    APPELLANT

V.

BRYAN LEE MCMANUS                                                            APPELLEE

----------

### FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  July 10, 2008